**D. L. Kacelieff, plaintiff in error, v. Walter A. Kelly, defendant in
error.**
  Interpleader on a fund claimed by plaintiff and defendant.   Error
to the Circuit Court of Madison county; the Hon. J. F. Gillham,
Judge, presiding.   Heard in this court at the October term, 1925.

Reversed and remanded with directions.    Opinion filed February 17, 1926.

Harold J. Bandy, for plaintiff in error.    D. G. Williamson, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.